UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

CIVIL MINUTES -REOPENING/CLOSING

Case No. CV 21-04701-FWS                                                 Date November 14, 2023

Title: Guillermo Rodriguez v. Garfield Beach CVS, L.L.C.

Present: The Honorable FRED W. SLAUGHTER

|  |  |
|---|---|
| Melissa H. Kunig | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:         Attorneys Present for Defendants:

Not Present                              Not Present

Proceedings:    ☐ In Court    ☒ In Chambers    ☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☒ Case should have been closed on entry dated 7/16/23 [44]    JS-6    .

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☒ Other  The Court's Order [44] also GRANTS Plaintiff's Sealed Petition [45] as of July 19, 2023.

☐ Entered _____.

Initials of Preparer    mku